IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 18-cv-0996-RPM

NORMAN DENARDO,

    Plaintiff,

v.

APRIA HEALTHCARE, LLC,

    Defendants.

_____

### ORDER DENYING PETITION TO COMPEL ARBITRATION AND TO SET CONFERENCE TO SCHEDULE DISCOVERY AND HEARING
_____

    Upon review of the Petition to Compel Arbitration [Doc. 13], the Plaintiff's Response [Doc. 15] and the Defendant's Reply [Doc. 16], it is apparent that the validity of the arbitration agreement depends upon the facts giving rise to it which must be determined at an evidentiary hearing to be set after a conference with counsel to discuss discovery proceedings.

    SO ORDERED.

    DATED:   June 27, 2018

                                 BY THE COURT:

                                 s/Richard P. Matsch
                                 _____
                                 Richard P. Matsch, Senior Judge