IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CV-00996-JLK

**NORMAN DENARDO**

    Plaintiffs,

vs.

**APRIA HEALTHCARE, LLC**

    Defendants.

---

## NOTICE OF SETTLEMENT

---

    Plaintiff, Norman Denardo, by and through counsel, Anthony Viorst of the Viorst Law Offices, P.C., hereby notifies this Honorable Court that the parties in this matter have now reached a settlement of all issues. Counsel for the parties are in the process of drafting settlement documentation.

    It is anticipated that a Stipulated Motion to Dismiss with Prejudice will be filed with this Court within the next thirty (30) days.

    Dated this 23rd day of August, 2019.

    THE VIORST LAW OFFICES, P.C.

    [*Original signature on file at Viorst Law Offices, P.C.*]

    *s/ Anthony Viorst*
    Anthony Viorst, #18508
    David Chambers #50270
    Viorst Law Offices, PC
    950 South Cherry Street, Suite 300
    Denver, CO 80246
    Telephone: (303) 759-3808
    Facsimile: (303) 333-7127
    E-mail: tony@hssspc.com
    Attorney for Plaintiff

# CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of August, 2019, I electronically filed a true and correct copy of the above and foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail address(es):

David Gelman, Esq.
Andrew C. Nickel, Esq.
Hall & Evans, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202

*[Original signature on file at Viorst Law Offices, P.C.]*

s/ *Michelle Spadavecchia*
Legal Assistant