## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  18-cv-000996-RPM-MEH

NORMAN DENARDO,

    Plaintiff,

v.

APRIA HEALTHCARE LLC,

    Defendant.

---

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

---

The parties, through their respective counsel, stipulate that all claims brought or that could have been brought against Defendant APRIA HEALTHCARE L.L.C., be dismissed, with prejudice, with all parties responsible for their respective costs and fees.

DATED this 31st day of October 2019.

Respectfully submitted,

| VIORST LAW OFFICES, P.C. | HALL & EVANS, L.L.C. |
|---|---|
| *s/ Anthony Viorst* | *s/ David B. Gelman* |
| Anthony Viorst, #18508 | David B. Gelman, #26724 |
| David Chambers, #50270 | Andrew C. Nickel, #45235 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October 2019, a true and correct copy of the foregoing **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** was filed with the Court via CM/ECF and served on the below-listed party by email:

Viorst Law Offices, P.C.
Anthony Viorst, Esq.
950 South Cherry Street, Suite 300
Denver, Colorado 80246
Telephone: (303) 872-5712
Facsimile: (303) 333-7127
*Attorney for the Plaintiff*

                                             *s/ Aleece Montoya*
                                             Aleece Montoya, Legal Assistant

*In accordance with C.R.C.P. 121, §1-26(7), a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or t*