IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00996-JLK

NORMAN DENARDO,

    Plaintiff,

v.

APRIA HEALTHCARE LLC,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

THIS MATTER, having come before the Court on the Parties' Stipulated Motion for Dismissal with Prejudice (ECF No. 32), and the Court being fully advised in the premises,

HEREBY GRANTS the Motion. All claims brought or that could have been brought by Plaintiff NORMAN DENARDO against APRIA HEALTHCARE, LLC are hereby dismissed, with prejudice, with each party being responsible for their respective costs and fees.

Dated this 31ST day of October, 2019.

    BY THE COURT:

    *John L. Kane*
    JOHN L. KANE
    SENIOR U.S. DISTRICT JUDGE